[No. 24094-1-III.   Division Three.   September 12, 2006.]

JACKIE HEIB, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Petitioner*.

Appeal from a judgment of the Superior Court for Stevens County, No. 04-2-00347-2, Allen Nielson, J., entered April 5, 2005. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24262-5-III.   Division Three.   September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD ALLEN DAUENHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00989-3, Cameron Mitchell, J., entered May 25, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

[No. 24354-1-III.   Division Three.   September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-8-00270-0, Lonna K. Malone, J. Pro Tem., entered June 22, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.

[Nos. 21808-2-III; 24012-6-III.   Division Three.   September 14, 2006.]

*In the Matter of the Marriage of* MARTA CHILTON TURKSEL, *Respondent*, and BRUCE EDWARD BERNHARDT, *Appellant*.

Appeals from judgments of the Superior Court for Stevens County, No. 92-3-00052-1, Rebecca M. Baker, J., entered February 7, 2003, and March 10, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.